1  R. TRAVIS CAMPBELL (SBN 271580)
   tcampbell@snllp.com
2  SIMMONDS & NARITA LLP
   50 California Street, Suite 1500
3  San Francisco, CA 94111
   Telephone: (415) 283-1000
4  Facsimile: (415) 352-2625

5
   Attorneys for Defendant
6  Autovest, L.L.C.

7                    **UNITED STATES DISTRICT COURT**

8                    **CENTRAL DISTRICT OF CALIFORNIA**

9

| | |
|---|---|
| 10  CHINONSO OHUCHE, on behalf of himself and members of the general public, | CASE NO.: 2:21-cv-06376-JAK-PVC |
| 12                  Plaintiff, | **NOTICE OF CHANGE OF ADDRESS OF DEFENDANT AUTOVEST, L.L.C.'S COUNSEL R. TRAVIS CAMPBELL** |
| 13            vs. | |
| 14  AUTOVEST, L.L.C., a Michigan limited liability company; PATRICK K. WILLIS COMPANY, INC. dba AMERICAN RECOVERY SERVICE, a California corporation; COASTLINE RECOVERY SERVICES, INC., a California corporation; and DOES 1 through 10, inclusive, | |
| 19                  Defendants. | |

20
21
22
23
24
25
26
27
28

1  PLEASE TAKE NOTICE that effective August 1, 2022, the mailing address for R.

2  Travis Campbell, counsel of record for Defendant Autovest, L.L.C, has changed. The

3  new address is as follows:

4

5  R.Travis Campbell
   Simmonds & Narita LLP
6  50 California Street
   Suite 1500
7  San Francisco, CA 94111

8

9  All other contact information, including telephone numbers and emails remains the same.

10  DATED: August 12, 2022                SIMMONDS & NARITA LLP
                                          R. TRAVIS CAMPBELL
11

12

13                                        By: _____
                                          R. Travis Campbell
14                                        Attorneys for Defendant
                                          Autovest, LLC
15